**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1405**

In re: CHRISTINA M. VOGT,

                    Petitioner.

On Petitions for Writ of Prohibition.  (3:20-cv-00122-GMG-RWT)

Submitted:  August 19, 2021                    Decided:  August 23, 2021

Before GREGORY, Chief Judge, FLOYD, and RUSHING, Circuit Judges.

Petitions denied by unpublished per curiam opinion.

Christina M. Vogt, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christina M. Vogt has filed a petition and a supplemental petition for a writ of prohibition, seeking an order from this court remanding her removed civil action back to West Virginia state court and censuring the district court judge.

A writ of prohibition is a "drastic and extraordinary remedy which should be granted only when the petitioner has shown h[er] right to the writ to be clear and undisputable and that the actions of the court were a clear abuse of discretion." *In re Vargas*, 723 F.2d 1461, 1468 (10th Cir. 1983). A writ of prohibition may not be used as a substitute for appeal. *Id.* The relief sought by Vogt is not available by way of prohibition. Accordingly, we deny the petition and the supplemental petition for a writ of prohibition.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DENIED*